# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Nazir Ahmad Chaudhary          \*

13111 Thackery Place

Germantown, MD 20874          \*

_____

*(Full name and address of the plaintiff)*
**Plaintiff(s)**          \*

vs.

U.S. Citizenship and          \*

Immigration Services.

31 Hopkins Plaza          \*

Baltimore, MD 21201
*(Full name and address of the defendant(s))*
**Defendant(s)**          \*\*\*\*\*\*\*\*

Civil No.: RWT 10 CV 1263
*(Leave blank. To be filled in by Court.)*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
MAY 19 P 2:
CLERK'S OFFICE
AT GREENBELT
DEPUTY

## COMPLAINT

1.    Jurisdiction in this case is based on:

☐    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☐    Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☑    Other (explain)    The Immigration Statute
Section 1447 (b)

2.    The facts of this case are:

I applied for citizenship on February 09, 2005. I was called for an interview on October 13, 2005 and it was held at the USCIS office in Fairfax, VA. The interview was successful but the USCIS did not make the final decision on my application.

I moved to Maryland in July 2007, while my application was pending, I was called for another interview on December 08, 2008 at the USCIS office in Baltimore, MD. On January 07, 2009 the USCIS requested additional documents which I provided on January 26, 2009. I have tried to get a final decision on my case through all possible sources including calling the Customer Center, contacting my Senator office, and using Infopass. However, I have not received a final decision from the USCIS. Therefore, the United States District Court is my only hope to resolve this matter.

3.      The relief I want the court to order is:

☐        Damages in the amount of: _____

☐        An injunction ordering: _____

_____

☑        Other (explain)  *To Make The decision on*
*My Pending application.*

_____

5/19/2010

*(original signature of plaintiff)*

*Nazir  Ahmad  Chaudhary*

*13111 Thackery Place*

*Germantown,  MD 20874*
*(address of plaintiff)*

*Please find the attached documents.*

*(1) N-652 Naturalization Interview Result dated 10-13-2005*

*(2) N-652 Naturalization Interview Result dated 12-08-2008*